UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR INTERNATIONAL LABOR SOLIDARITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LORI CHAVEZ-DEREMER, in her official capacity as Secretary of Labor, *et al.*,<br><br>Defendants. | Civil Action No. 25-1128 (BAH)<br><br>Judge Beryl A. Howell |

### ORDER

Upon consideration of plaintiffs' partial motion for summary judgment as to Counts I through IV of the complaint, *see* Pls.' Mot. for Preliminary Injunction, ECF No. 9; Min. Order (May 12, 2025) (treating plaintiffs' motion as a "motion for partial summary judgment on Counts I through IV"); plaintiffs' motion for a preliminary injunction as to Count V of the complaint, Pls.' Mot. for Preliminary Injunction; defendants' partial cross-motion for summary judgment as to Counts I through IV, *see* Defs.' Opp'n to Pls.' Mot., ECF No. 19; Min. Order (June 4, 2025) (granting defendants' request to treat their opposition "as a cross-motion for summary judgment on Counts I through IV"); the memoranda, declarations, and exhibits submitted in support and opposition; and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that defendants' challenge that this Court lacks subject-matter jurisdiction to consider plaintiffs' claims because exclusive jurisdiction is vested in the Court of Federal Claims under the Tucker Act, 28 U.S.C. § 1491(a)(1), is **REJECTED**, and dismissal of the complaint, ECF No. 1, on this ground is therefore **DENIED**; it is further

**ORDERED** that plaintiffs' partial motion for summary judgment as to Counts I through IV of the complaint is **DENIED**; it is further

**ORDERED** that plaintiffs' motion for a preliminary injunction as to Count V of the complaint is **DENIED**; it is further

**ORDERED** that defendants' partial cross-motion for summary judgment as to Counts I through IV of the complaint is **DENIED**; and it is further

**ORDERED** that the parties shall file jointly, by July 11, 2025, a joint status report advising the Court how the parties wish to proceed in this case, providing an estimated timeline for the production of the administrative record, and proposing a schedule to govern further proceedings.

**SO ORDERED.**

Date:   June 30, 2025

_____
**BERYL A. HOWELL**
United States District Judge