IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR INTERNATIONAL LABOR SOLIDARITY, et al., *Plaintiffs*, v. LORI CHAVEZ-DEREMER, et al., *Defendants*. | Case No. 1:25-cv-01128 (BAH) |

**JOINT STATUS REPORT**

The parties respectfully submit this status report in response to the Court's June 30, 2025, Order directing the parties to file "a joint status report advising the Court how the parties wish to proceed in this case, providing an estimated timeline for the production of the administrative record, and proposing a schedule to govern further proceedings." *See* Order, ECF 29.

In the memorandum opinion that accompanied that Order, this Court indicated that "key questions" of fact precluded entering judgment for either side on any of the claims in the case. *See* Mem. Op. at 44, ECF 30. Accordingly, the parties have agreed to move quickly toward the production of an administrative record, which will allow the parties to better evaluate next steps in this litigation. The parties jointly propose that the Court adopt the following schedule:

- **Friday, July 25, 2025** – Defendants shall produce to Plaintiffs the administrative record and file a certified list of the contents of the administrative record on the docket.

- **Friday, August 1, 2025** – The parties shall file a further joint status report proposing a schedule to govern further proceedings.

A proposed order reflecting this proposed schedule is being filed concurrently herewith.

1

Dated: July 10, 2025                                              Respectfully submitted,

                                                                  */s/ Stephanie Garlock*
YAAKOV M. ROTH                                                    Stephanie Garlock (DC Bar No. 1779629)
Acting Assistant Attorney General                                 Allison M. Zieve (DC Bar No. 424786)
Civil Division                                                    Nicolas A. Sansone (DC Bar No. 1686810)
                                                                  Public Citizen Litigation Group
JACQUELINE COLEMAN SNEAD                                          1600 20th Street NW
Assistant Branch Director                                         Washington, DC 20009
Civil Division                                                    (202) 588-1000
Federal Programs Branch

                                                                  *Counsel for Plaintiffs*
 */s/ Charles E.T. Roberts*
CHARLES E.T. ROBERTS
 (DC Bar No. 1780573)
Counsel
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 305-1141

*Attorneys for Defendants*

2