## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN CENTER FOR
INTERNATIONAL LABOR
SOLIDARITY, et al.,
*Plaintiffs*,

v.

LORI CHAVEZ-DEREMER, et al.,
*Defendants*.

Case No. 1:25-cv-01128 (BAH)

## [PROPOSED] SCHEDULING ORDER

Upon consideration of the parties' Joint Status Report dated July 10, 2025, it is hereby

**ORDERED** that

- Defendants shall produce the administrative record to Plaintiffs and file with the Court a certified list of the contents of the administrative record on or before **July 25, 2025**.

- The parties shall file a further joint status report proposing a schedule to govern further proceedings on or before **August 1, 2025**.

**SO ORDERED.**

Date: July __, 2025

_____

U.S. District Judge