# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR INTERNATIONAL LABOR SOLIDARITY, et al., *Plaintiffs*, <br><br> v. <br><br> LORI CHAVEZ-DEREMER, et al., *Defendants*. | Case No. 1:25-cv-01128 (BAH) |

## [PROPOSED] SCHEDULING ORDER

Upon consideration of the parties' Joint Status Report dated July 10, 2025, it is hereby

**ORDERED** that

- Defendants shall produce the administrative record to Plaintiffs and file with the Court a certified list of the contents of the administrative record on or before **July 25, 2025**.

- The parties shall file a further joint status report proposing a schedule to govern further proceedings on or before **August 1, 2025**.

- Defendants' obligation to respond to the Complaint is stayed pending further order of the Court.

**SO ORDERED.**

Date: July __, 2025

_____
U.S. District Judge