IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR INTERNATIONAL LABOR SOLIDARITY, et al.,<br>    *Plaintiffs*,<br><br>v.<br><br>LORI CHAVEZ-DEREMER, et al.,<br>    *Defendants*. | Case No. 1:25-cv-01128 (BAH) |

**PLAINTIFFS' UNOPPOSED MOTION TO VACATE BRIEFING SCHEDULE**

Plaintiffs American Center for International Labor Solidarity, American Institutes for Research, and Global March Against Child Labour respectfully move for an order vacating the briefing schedule set out in this Court's August 8, 2025, minute order. Plaintiffs are evaluating the impact of recent Supreme Court and D.C. Circuit decisions—including *NIH v. American Public Health Association*, No. 25A103, 2025 WL 2415669 (U.S. Aug. 21, 2025), and *Global Health Council v. Trump*, No. 25-5097, 2025 WL 2326021 (D.C. Cir. Aug. 13, 2025)—on summary judgment proceedings in this case. Accordingly, Plaintiffs request that the Court vacate the existing briefing schedule, to allow Plaintiffs adequate time to evaluate next steps. Plaintiffs respectfully request that the Court order the parties to file a joint status report proposing a schedule for any further proceedings in this case on or before September 24, 2025. Counsel for Plaintiffs have conferred with counsel for Defendants, who have indicated that Defendants do not oppose the relief requested in this motion.

1

Dated: August 27, 2025

Respectfully submitted,

*/s/ Stephanie Garlock*
Stephanie Garlock (DC Bar No. 1779629)
Allison M. Zieve (DC Bar No. 424786)
Nicolas A. Sansone (DC Bar No. 1686810)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*

2