# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR INTERNATIONAL LABOR SOLIDARITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LORI CHAVEZ-DEREMER, Secretary of Labor, et al., <br><br> Defendants. | Civil Action No. 25-1128 (BAH) |

## JOINT STATUS REPORT

The parties respectfully submit this status report in response to the Court's August 27, 2025, Order directing the parties to file a joint status report proposing a schedule for any further proceedings. The parties are still evaluating next steps and respectfully request that the Court order the parties to file a further joint status report on or before October 15, 2025, advising the Court of the status of this matter and proposing a schedule for any further proceedings.

Dated: September 24, 2025

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Kaitlin K. Eckrote*
KAITLIN K. ECKROTE
D.C. Bar #1670899
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252–2485

*Attorneys for the United States of America*

Respectfully submitted,

/s/ *Stephanie Garlock*
Stephanie Garlock (DC Bar No. 1779629)
Allison M. Zieve (DC Bar No. 424786)
Nicolas A. Sansone (DC Bar No. 1686810)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*