UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CENTER FOR
INTERNATIONAL LABOR
SOLIDARITY, et al.,

    Plaintiffs,

  v.

LORI CHAVEZ-DEREMER,
Secretary of Labor, et al.,

    Defendants.

Civil Action No. 25-1128 (BAH)

## STATUS REPORT

Plaintiffs respectfully submit this status report in response to the Court's September 25, 2025, Order directing the parties to file a joint status report advising the Court of the status of this matter and proposing a schedule for any further proceedings.

On October 1, 2025, Chief Judge Boasberg issued Standing Order No. 25-55, which extends "[i]n all civil actions and civil miscellaneous matters pending in the U.S. District Court for the District of Columbia, all filing and discovery deadlines imposed upon the United States, any of its federal agencies, and any of its officers or employees … by the number of days equal to the length (in days) of the lapse of appropriations plus ten days[.]" Although the Standing Order extends the deadline "imposed upon the United States," it does not, by its own terms, modify the current deadline for the joint status report with respect to Plaintiffs. However, given the lapse of funding to Executive Branch agencies, including the Department of Justice, Plaintiffs have been unable to confer with counsel for Defendants on the status of this matter and any further proceedings.

Accordingly, Plaintiffs respectfully request that the Court enter an order requiring the parties to file a joint status report ten days after the end of the government shutdown.

Dated: October 15, 2025                                     Respectfully submitted,

 /s/ *Stephanie Garlock*
Stephanie Garlock (DC Bar No. 1779629)
Allison M. Zieve (DC Bar No. 424786)
Nicolas A. Sansone (DC Bar No. 1686810)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*