UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR INTERNATIONAL LABOR SOLIDARITY, et al, <br><br> Plaintiffs, <br><br> v. <br><br> LORI CHAVEZ-DEREMER, Secretary of Labor, et al., <br><br> Defendants. | Civil Action No. 25-1128 (BAH) |

## JOINT STATUS REPORT

The parties respectfully submit this status report in response to the Court's January 20, 2026, Minute Order directing the parties to file "a joint status report advising the Court of the status of this matter and proposing a schedule to govern further proceedings."

The parties continue to discuss next steps and, since the last joint status report, had a video call. DOL is prepared to enter meaningful settlement negotiations.

The parties respectfully request that the Court order the parties to file a further joint status report on or before April 28, 2026, advising the Court of the status of this matter and proposing a schedule for any further proceedings.

Dated: February 27, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: /s/ *Kaitlin K. Eckrote*
KAITLIN K. ECKROTE
D.C. Bar #1670899
Assistant United States Attorney
601 D Street, NW

 */s/ Stephanie Garlock*
Stephanie Garlock (DC Bar #1779629)
Allison M. Zieve (DC Bar #424786)
Nicolas A. Sansone (DC Bar #1686810)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

1

Washington, DC 20530
(202) 252-2485                                        *Counsel for Plaintiffs*

*Attorneys for the United States of America*